

July 6, 2020

<u>VIA ECF</u>

The Honorable Alison J. Nathan
United States District Court
Southern District of New York
40 Foley Square, Room 2102
New York, NY 10007

> The Initial Pretrial Conference in this matter is hereby adjourned to August 14, 2020 at 3:45 P.M.  No later than August 7, 2020, the parties are directed to submit the joint letter and case management plan, as laid out in Dkt. Nos. 3 and 11.
>
> 7/8/2020

Re:    *Bigu Haider et al. v. Lyft, Inc.*, No. 1:20-cv-02997 (S.D.N.Y.)

Dear Judge Nathan:

  Counsel for Plaintiffs and Defendant jointly submit this letter pursuant to the Court's April 16, 2020 Order as modified by the Court's June 30, 2020 Order.  In light of the Court's June 25, 2020 Order extending Defendant's deadline to respond to the complaint until July 31, 2020, the parties respectfully request that the Court adjourn the Initial Pretrial Conference scheduled for July 10, 2020 to a date in August 2020 at the Court's convenience.

Respectfully submitted,

Dated:  July 6, 2020

*/s/ Jeanne Ellen Mirer*
Jeanne Ellen Mirer
MIRER MAZZOCCHI & JULIEN, PLLC
New York, NY 10004
Tel.:  (212) 231-2235
jmirer@mmsjlaw.com

*Attorneys for Plaintiffs*

*/s/ Matthew D. Ingber*
Matthew D. Ingber
MAYER BROWN LLP
1221 Avenue of the Americas
New York, NY 10020
Tel.:  (212) 506-2500
Fax:  (212) 262-1910
mingber@mayerbrown.com

Archis A. Parasharami
MAYER BROWN LLP
1999 K Street N.W.
Washington, D.C. 20006
Tel.:  (202) 263-3328
Fax:  (202) 263-5328
aparasharami@mayerbrown.com

*Attorneys for Defendant Lyft, Inc.*