```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/1/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Haider, *et al.*,

                Plaintiffs,

    –v–

Lyft,

                Defendant.

20-cv-02997 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

On September 29, 2020, the Court received a voicemail from the Plaintiffs. Per Rule 1.A of the Undersigned's Individual Practices in Civil Cases, all communications with the Court shall be by letter filed on ECF unless there is a redaction or sealing request. The Court will ignore all communication in violation of Rule 1.A, including the September 29, 2020 voicemail.

SO ORDERED.

Dated: September 29, 2020
       New York, New York

                                                 ALISON J. NATHAN
                                           United States District Judge