UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------------------x
BIGU HAIDER and MD ISLAM, Individually, On Behalf of All Others Similarly Situated, and as Class Representatives,

                        Plaintiff,

  -Against-

Case No.
1:20-cv-02997-AJN

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/10/22

LYFT, INC.,

                        Defendant.
--------------------------------------------------------------------------------x

## NOTICE OF MOTION

**PLEASE TAKE NOTICE**, that pursuant to FRCP 15, 20, and 21 and the Affirmation of Jeanne E Mirer, dated January 4, 2022 with the annexed Proposed Second Amended Complaint as Exhibit A, and the Memorandum of Law in Support of the motion, Plaintiffs will move this Court, before the Honorable Judge Allison J Nathan U.S.D.J. at the Southern District of New York, located at 40 Foley Square, New York, New York, 10007 at a time and date set by the Court to permit the filing of said complaint adding Party Plaintiff Mehedi Hasan.

Dated: January 4, 2022
New York, New York

Defendant shall file an opposition to Plaintiffs' motion, if any, by January 24, 2022. Plaintiffs shall file any reply by February 7, 2022.

SO ORDERED.            1/10/22

*[signature: Alison J. Nathan]*

Respectfully submitted,

__/s/_____
Jeanne Mirer
MIRER, MAZZOCCHI & JULIEN PLLC
Attorney for Plaintiffs
1 Whitehall Street, 16th Floor
New York, New York 10004
(212) 231-2235