UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BIGU HAIDER and MOHAMMAD ISLAM, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　　-v-<br><br>LYFT, INC.,<br><br>　　　　Defendant. | 20-cv-2997 (JSR)<br><br>ORDER |

JED S. RAKOFF, U.S.D.J.:

　　This case had been stayed after the Court granted a motion to compel arbitration. See ECF No. 92. On December 20, 2023, the parties filed a stipulation of voluntary dismissal of this action with prejudice. ECF No. 118. To effectuate that dismissal, the Court hereby lifts the stay and respectfully directs that the Clerk close the case.

　　SO ORDERED.

New York, NY
December 21, 2023

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　JED S. RAKOFF, U.S.D.J.